UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>CURTIS R. OLSON, et al.,<br><br>    Defendants-Appellees. | 9th Cir. No. 23-55219<br><br>STIPULATED MOTION TO<br>VOLUNTARILY DISMISS APPEAL |

    Pursuant to Federal Rule of Appellate Procedure 42(b)(1), Plaintiff-Appellant Jane Doe, and Defendants-Appellees Curtis R. Olson, Ryan Vogt-Lowell, Eric Kennedy, Ashley Milnes, and Buchalter, PC, hereby move the Court for an order dismissing these Defendants-Appellees from the above-captioned appeal.

    The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: October 12, 2023

Jane Doe
Plaintiff-Appellant Pro Se

Dated: October 12, 2023

Robert Collings Little, Esq. ✓
Michael B. Fisher, Esq.
Buchalter,
A Professional Law Corporation

*Attorneys for Defendants-Appellees*
Curtis R. Olson; Ryan Vogt-Lowell; Eric Kennedy; Ashley Milnes; Buchalter, PC

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form15instructions.pdf

**9th Cir. Case Number(s)** | 23-55219

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

> Jane Doe
> Attn: Ms. ****** ********, sub nom. Jane Doe
> 9451 Charleville Blvd. # 259
> Beverly Hills, CA 90212 <and also at>
> 9461 Charleville Blvd. # 259
> Beverly Hills, CA 90212

**Description of Document(s)** *(required for all documents)*:

> Stipulated Motion to Voluntarily Dismiss Appeal

**Signature** | s/ Robert C. Little     **Date** | Oct. 12, 2023

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 15**  Rev. 12/01/2018