UNITED STATES COURT OF APPEALS FOR
THE NINTH CIRCUIT



| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>CURTIS R. OLSON, et al.,<br><br>    Defendants-Appellees. | 9th Cir. No. 23-55219<br><br>US MAILING ADDRESS<br>CORRECTION<br>RE JANE DOE |

The is a typo or transposed incorrect number on Appellant Jane Doe's US Mailing Address. The correct mailing address for Jane Doe is

Jane Doe
9461 Charleville Blvd No. 259
Beverly Hills, CA 9021

Dated: <u>October 12, 2023</u>

                                                                           *Jane Doe*
                                                                           Jane Doe
                                                                           Plaintiff-Appellant Pro Se

# CERTIFICATE OF SERVICE

Jane Doe v Curtis Olson et al Case No. 23-55219

I, Gilbert Romero, am over 18 years, and I am not a party to the within action. My business address is 4454 Marine Ave, Lawndale CA 90260. I hereby certify that on the date signed below, I served the attached:

**US MAILING ADDRESS CORRECTION RE JANE DOE**

Upon the following individuals /entities listed below by electronic email and/or by placing a true and correct copy of the document(s) in a sealed envelope with the postage fully prepaid in the United States mail at Los Angeles, California address as follows:

To: Lindsay Frazier-Krane and Sarah Overton, Cummings McClorey Davis and Acho, 3801 University Ave. Ste 560, Riverside, CA 92501
Emails: ikrane@cmda-law.com and soverton@cmda-law.com

To: Raymond J Fuentes, Fuentes and McNully LLP, 700 North Central Ave Ste 470, Glendale, CA 91203 fmllp@fin-llp.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on Oct. 13, 2023, in Los Angeles, California.

/s/ Gilbert Romero
Gilbert Romero