# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 13. Streamlined Request for Extension of Time to File Brief

**ATTENTION ELECTRONIC FILERS: DO NOT USE FORM 13**
Use Form 13 only if you are **not** registered for Appellate Electronic Filing.

Electronic filers must make the request by using the electronic document filing type "Streamlined Request to Extend Time to File Brief," which does not require any form.

**Instructions**
- Use Form 13 only to request more time to file a **BRIEF**. To request an extension of time to file *anything other than a brief*, use Form 14.
- You may request a new due date of up to 30 days from your current due date.
- Submit Form 13 on or before your brief's current due date. The clerk will mail you the new briefing schedule.
- Use Form 13 only for your **first** request for an extension of time to file **each** brief. To request any additional extension of time to file the brief or to request a first extension of more than 30 days pursuant to Cir. R. 31-2.2(b), use Form 14.

**9th Cir. Case Number(s):** 23-55219

**Case Name:** Jane Doe v Marlene Burris et al

**Name of each party requesting the extension:**
Jane Doe

For which brief are you requesting an extension?

- ○ Opening Brief
- ○ Answering Brief
- ● Reply Brief
- ○ First Brief on Cross-Appeal
- ○ Second Brief on Cross-Appeal
- ○ Third Brief on Cross-Appeal
- ○ Cross-Appeal Reply Brief

**What is your current due date?** November 3, 2023

**What is your requested due date?** December 4, 2023

**Print Name:** Jane Doe

**Signature:** *(signed) Jane Doe*     **Date:** Oct 27, 2023

*Mail this form on or before your brief's current due date to the court at:*
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 13     Rev. 12/01/2018

CERTIFICATE OF SERVICE

Jane Doe v Curtis Olson et al Case No. 23-55219

I, Gilbert Romero, am over 18 years, and I am not a party to the within action. My business address is 4454 Marine Ave, Lawndale CA 90260. I hereby certify that on the date signed below, I served the attached:

**FORM 13 Request for Extension of Time to File Reply Brief**

Upon the following individuals /entities listed below by electronic email and/or by placing a true and correct copy of the document(s) in a sealed envelope with the postage fully prepaid in the United States mail at Los Angeles, California address as follows:

To: Lindsay Frazier-Krane and Sarah Overton, Cummings McClorey Davis and Acho, 3801 University Ave. Ste 560, Riverside, CA 92501
Emails: ikrane@cmda-law.com and soverton@cmda-law.com

To: Raymond J Fuentes, Fuentes and McNully LLP, 700 North Central Ave Ste 470, Glendale, CA 91203 fmllp@fin-llp.com

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on Oct. 27, 2023, in Los Angeles, California.

                               /s/ Gilbert Romero
                                 Gilbert Romero